UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO JESUS RAMIREZ,<br><br>　　　　　Petitioner,<br>　　v.<br>SEAN MOORE, Warden,<br><br>　　　　　Respondent. | Case No. 5:22-cv-00083-FLA (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge.  Further, the court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED THEREFORE that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: November 7, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge