JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO JESUS RAMIREZ, | Case No. 5:22-cv-00083-FLA (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SEAN MOORE, Warden, | |
| Respondent. | |

This matter came before the court on the Petition of RICARDO JESUS RAMIREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, including the Objections to the Report and Recommendation, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is DENIED and the action is DISMISSED with prejudice.

DATED: November 7, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge